# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19-857-SAG
The Endurance International Group website and domain )
name: www.wehavefuntimes.com )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A1 attached hereto and incorporated herein by reference.

located in the ___South-Central___ District of ___Arizona___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B1 attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1952(a)(3), 2422(a), 2251(a) and 2252(A)(5)(B) | |

The application is based on these facts:

See attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Patrick T. Winn, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/12/19

_____
*Judge's signature*

City and state: Baltimore, Maryland       Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*